UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE A. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5819** |
| **UNITED STATES PENITENTIARY OF BEAUMONT, TX** | **SECTION "K"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Bruce A. Lewis is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Beaumont Division.

New Orleans, Louisiana, this ___20th___ day of _____October_____, 2006.

_____
UNITED STATES DISTRICT JUDGE